IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 10-1011
 ((((((((((((((((

 In Re Sarah Kovich, Relator

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

ORDERED:

 1. The motion to reinstate temporary stay, filed February 3, 2011,
is granted.
 2. On December 14, 2010, the Court issued an order granting
relator's agreed emergency motion for temporary relief, filed December 13,
2010. The Court stayed the December 16, 2010 trial setting in Cause No. 10-
16367-R, styled In the Interest of P.J. and N.J.K., Minor Children, in the
254th District Court of Dallas County, Texas. The stay has been reinstated
and shall remain in effect pending further order of this Court.
 3. The Court now stays all trial court proceedings, except for
those proceedings specifically related to the trial court's reconsideration
of the November 17, 2010 Temporary Orders In Suit Affecting the Parent-
Child Relationship, in Cause No. 10-16367-R, styled In the Interest of P.J.
and N.J.K., Minor Children, in the 254th District Court of Dallas County,
Texas, pending further order of this Court.
 4. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before February 18, 2011.
 5. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this 3rd day of February, 2011.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk